**CARNEY BATES & PULLIAM, PLLC**
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney Ross Brown (*pro hac vice*)
cbrown@cbplaw.com
One Allied Dr., Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**JACOBSON PHILLIPS, PLLC**
Joshua R. Jacobson (*pro hac vice*)
joshua@jacobsonphillips.com
2277 Lee Road, Suite B
Winter Park, FL 32789
Telephone: (321) 447-6461

**CONN LAW, PC**
Elliot Conn, California Bar No. 279920
elliot@connlawpc.com
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941

*Attorneys for Plaintiffs Samuel Vickery, Rae Fuller, and the Proposed Classes*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL VICKERY and RAE FULLER, individually, on behalf of all others similarly situated, and on behalf of the general public, <br><br> Plaintiff, <br><br> v. <br><br> EMPOWER FINANCE, INC. dba EMPOWER, <br><br> Defendant. | Case No.: 25-CV-3675-JSC <br><br> Assigned to the Hon. Jacqueline Scott Corley <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

In further support of their Opposition to Defendant's Motion to Compel Arbitration and Stay Litigation (ECF No. 28), Plaintiffs respectfully submit notice of the Memorandum Opinion denying the Motion to Dismiss in *Golubiewski, et al. v. ActiveHours, Inc., et al.*, Case No. 3:22-cv-02078 (M.D. Pa. Aug. 8, 2025) ("*Golubiewski II*"), attached as Exhibit 1.

In its Motion, Defendant cited the court's initial decision in *Golubiewski v. ActiveHours, Inc.*, in support of its argument that its "fees do not qualify as 'finance charges'" such that "the [Military Lending Act] does not apply." ECF No. 26 at 20–21. In *Golubiewski II*, the court conducted "a deeper review of the law" and— joining the consensus established in *Orubo* and *Johnson*—reversed course, holding that "optional" expedite fees, materially indistinguishable from those challenged here, plausibly constitute "finance charges" sufficient to support a claim for violations of Truth in Lending Act (which, in turn, would support a claim under the MLA). *See* Ex. 1, at 9–13. The court's analysis directly supports Plaintiffs' arguments set forth in their Opposition in Sections V.B.ii.–iv.

Plaintiffs respectfully request that the Court consider *Golubiewski II* when deciding Defendant's Motion to Dismiss.

Dated: August 29, 2025                           Respectfully submitted,

/s/ Lee Lowther
Randall K. Pulliam (*pro hac vice*)
rpulliam@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney Ross Brown (*pro hac vice*)
cbrown@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
One Allied Dr., Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

**CONN LAW, PC**
Elliot Conn, California Bar No. 279920
elliot@connlawpc.com
100 Bush Street, Suite 1580
San Francisco, CA 94104
Telephone: (415) 417-2780
Facsimile: (415) 358-4941

**JACOBSON PHILLIPS, PLLC**
Joshua R. Jacobson (*pro hac vice*)

1

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

joshua@jacobsonphillips.com
2277 Lee Road, Suite B
Winter Park, FL 32789
Telephone: (321) 447-6461

*Attorneys for Plaintiff Samuel Vickery, Rae Fuller, and the Proposed Classes*