**MAYER BROWN LLP**
Archis A. Parasharami
575 Market Street, Suite 2500
San Francisco, CA 94105
Telephone: (415) 874-4230
Facsimile: (202) 263-3300
Email: aparasharami@mayerbrown.com

*Attorney for Defendant Empower Finance, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL VICKERY and RAE FULLER, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>EMPOWER FINANCE, INC. d/b/a EMPOWER,<br><br>Defendant. | Case No. 25-CV-3675-JSC<br><br>**DECLARATION OF DOMINIC QUARANTA** |

I, Dominic Quaranta, declare as follows:

1. I submit this declaration in support of Defendant Empower Finance, Inc.'s Reply in Support of Motion to Compel Arbitration and to Stay Litigation in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration unless otherwise noted, and if called to testify as a witness, I could do so competently under oath.

2. I am the Head of Credit of Empower Finance and I am responsible for overseeing both credit and non-credit products offered by Empower, including the Cash Advance product. I am familiar with records pertaining to Empower's users' accounts that are maintained in the ordinary course of business. My knowledge of Empower's historical practices is based on information I have learned in the course of my work, including through my review of Empower's documents, my understanding of its systems, and my communications with others at Empower in the course of my employment.

3. Empower has reviewed data reflecting payment rates for customers who used the Cash Advance product in 2024. That data showed that of users who obtained a cash advance in the first quarter of 2024, 33% had an Empower advance in 2024 where they either revoked their bank authorization or did not pay Empower the amount of at least one such advance within 180 days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 8, 2025 at   9:15 PM   .

*Dominic Quaranta*
Dominic Quaranta